AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana

EASTERN DISTRICT OF LOUISIANA

FILED APR 1 1 2005

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA
V.
Cherlyn "Cookie" Armstrong Scherer Prejean
Dr. Suzette Cullins
Dr. Joseph F. Guenther
Dr. Betty DeLoach

**CRIMINAL COMPLAINT**

Case Number: 05-085 MAG

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. From in or about **1997 to present** in **Orleans, Jefferson, & St Tammany** Parishes, in
(Date)
the **EASTERN** District of **LOUISIANA**,

SEE ATTACHMENT A

I further state that I am a(n) **DEA Diversion Investigator** and that this complaint is based on the
Official Title
following facts:

SEE ATTACHED AFFIDAVIT

Fee_____
✓ Process 2S @ CC USM)
X Dktd_____
X CtRmDep_____
Doc. No._____

Continued on the attached sheet and made a part of this  ☐ Yes  ☐ No

_____
Signature of Complainant

Louis A. Lejarza
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 11, 2005                                    at    New Orleans, Louisiana
Date                                                     City and State

Honorable Louis Moore, Jr., U.S. Magistrate Judge        _____
Name and Title of Judge                                  Signature of Judge

# ATTACHMENT A

1. defendant, **Cherlyn "Cookie" Armstrong Scherer Prejean**, did attempt and conspire with others known and unknown to illegally distribute and dispense a controlled substance to persons over and under the age of 21; in violation of Title 21, United States Code, Sections 846, 841, and 859(a);

    defendant, **Cherlyn "Cookie" Armstrong Scherer Prejean**, did conspire with others known and unknown to conduct financial transactions with proceeds known to be derived from and to promote the illegal distribution of controlled substances, in violation of Title 18, United States Code, Sections 1956(h);

    defendant, **Cherlyn "Cookie" Armstrong Scherer Prejean**, did conspire with others known and unknown to conduct financial transactions in amounts in excess of $10,000 with proceeds known to be derived from the illegal distribution of controlled substances, in violation of Title 18, United States Code, Sections 1957;

2. defendant, **Dr. Suzette Cullins**, did attempt and conspire with others known and unknown to illegally distribute and dispense a controlled substance to persons over and under the age of 21; in violation of Title 21, United States Code, Sections 846, 841, and 859(a);

3. defendant, **Dr. Joseph F. Guenther**, did conspire with others, known and unknown, to illegally distribute controlled substances; in violation of Title 21, United States Code, Section 846;

4. defendant, **Dr. Betty DeLoach**, did conspire with others, known and unknown, to illegally distribute controlled substances; in violation of Title 21, United States Code, Section 846;

*[signature]*
LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE
April 11, 2005